## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| vs  ) | Criminal No. 4:16 cr 40039 |
| WILLIAM R. JONES,  ) | |
| ) | VIO: Title 18, United States Code, |
| Defendant.  ) | Sections 641, 1001 |

### ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

This cause having come before the Court on June 23, 2016, Motion for Psychiatric Evaluation filed by defense counsel, the Government appearing by Assistant United States Attorney Donald Allegro and the Defendant appearing in person and by his attorney, Bruce L. Carmen, CARMEN LAW OFFICE, PC, and the parties having agreed that Dr. Orest E. Wasyliw of Cavanaugh and Associates of Chicago, Illinois, be designated by this Court to perform the mental health evaluation of the Defendant for the issues of fitness to stand trial, and that such evaluation of the Defendant shall be conducted on an out-patient, non-custody basis, and the Court being otherwise fully advised in the premises;

THE COURT ORDERS that the Defendant's Motion for Psychiatric Evaluation filed on 06/14/16 is granted, and that, pursuant to Title 18 USC §§ 4241(b) and 4247(b) and (c), the Defendant shall undergo a psychiatric examination to be conducted by Dr. Orest Wasyliw of Cavanaugh and Associates of Chicago, Illlinois, and that said examination of the Defendant shall be conducted on an out-patient, non-custody basis at Dr. Wasyliw's office in Chicago, IL.

IT IS FURTHER ORDERED THAT pursuant to Title 18 USC § 4241, such examination shall determine whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to properly assist in his defense and his competency to stand trial.

IT IS FURTHER ORDERED that Dr. Wasyliw shall prepare a psychiatric or psychological report of his psychiatric or psychological examination and that such report shall be filed with the Court, with copies to be provided to defense counsel and the Assistant United States Attorney assigned to this case.

IT IS FURTHER ORDERED that pursuant to Title 18 USC § 3161(h)(1)(A), the period of time from the filing of the Defendant's Motion for Psychiatric Evaluation to the entry of an Order finding the Defendant competent is EXCLUDED for purposes of calculating the Defendant's speedy trial rights.

DATE:   6/28/2016                             JUDGE:   s/ Sara Darrow, United States District Judge

Bruce L. Carmen
CARMEN LAW OFFICE, PC
116 N. East Street
Cambridge, IL 61238
309-937-3339
309-937-2830 fax
blcarmen@telleen.com